STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00455 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 21 U.S.C. § 860(a) |
| TRUNG MINH DO, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about November 24, 2000, within the District of Hawaii, TRUNG MINH DO did knowingly and intentionally possess with intent to distribute and distribute 0.105 grams of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a school.

In violation of Title 21, United States Code, Section 860(a).

Count 2

The Grand Jury further charges that:

On or about November 24, 2000, within the District of Hawaii, TRUNG MINH DO did knowingly and intentionally possess with intent to distribute and distribute 0.090 grams of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a school.

In violation of Title 21, United States Code, Section 860(a).

DATED: Nov. 29, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Trung Minh Do
"Indictment"

2